**Order filed May 29, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00177-CR

———————

**EMILIO  ANGEL  CERVANTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1534476**

## ORDER

The reporter's record in this case was due April 27, 2018. *See* Tex. R. App. P. 35.1. On April 23, 2018, this court granted the court reporters request for extension of time to file the record until May 28, 2018. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, we issues the following order.

We order Amanda Fazio, the court reporter, to file the record in this appeal **on or before** June 13, 2018**.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Amanda Fazio does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM